UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD WHEELER, | No. 2:13-cv-2526 KJN P |
| Plaintiff, | |
| v. | FINDINGS & RECOMMENDATIONS |
| M. HODGES, et al., | |
| Defendants. | |

By order filed April 1, 2014, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed a second amended complaint, or otherwise responded to the court's order.

ACCORDINGLY, the clerk of the court is directed to assign a district judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 7, 2014

/whee2526.fta

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE