1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   REGINALD WHEELER,                              No.  2:13-cv-2526 MCE KJN P

12                Plaintiff,

13        v.                                        ORDER

14   M. HODGES, et al.,

15                Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On February 4, 2015, the magistrate judge filed findings and recommendations herein

21   (ECF No. 27) were served on all parties and which contained notice to all parties that any

22   objections to the findings and recommendations were to be filed within fourteen days.  Neither

23   party has filed objections to the findings and recommendations.

24        The Court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

27        1.  The findings and recommendations filed February 4, 2015 (ECF No. 27), are

28   ADOPTED IN FULL; and

1

2.  Defendants' motion for temporary stay (ECF No. 22) is GRANTED.  Either party may file a motion to lift the stay once the district court rules on the pending motion to dismiss in Wheeler v. Price, Case No. 2:14-cv-0521 MCE KJN P.

Dated:  March 10, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2