1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    REGINALD WHEELER,                          No.  2:13-cv-2526 MCE KJN P

12                   Plaintiff,

13         v.                                     ORDER

14    M. HODGES, et al.,

15                   Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.

18          Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within seven

19    days, whether they have any objection to the dismissal of this action.  Should defendants fail to

20    respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

21    Dated:  September 6, 2016

22

23                                                KENDALL J. NEWMAN
                                                  UNITED STATES MAGISTRATE JUDGE
24
      /whee2526.59a
25

26

27

28